**WI-FI ONE, LLC, Appellant**

v.

**BROADCOM CORPORATION,**
**Appellee**

**Michelle K. Lee, Director, U.S. Patent and Trademark Office, Intervenor**

2015-1944
2015-1945
2015-1946

United States Court of Appeals, Federal Circuit.

March 10, 2017

Donald Puckett, Nelson Bumgardner PC, Fort Worth, TX, Peter J. Ayers, Attorney, Law Office of Peter J. Ayers, Austin, TX, Douglas Aaron Cawley, McKool Smith, PC, Dallas, TX, for Appellant

Dominic E. Massa, Esq., Kevin Goldman, Janine Marie Lopez, Zachary Piccolomini, Katie Saxton, Special Counsel, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, for Appellee

Nathan K. Kelley, Solicitor, Kakoli Caprihan, Benjamin T. Hickman, Associate Solicitors, Thomas W. Krause, Esq., Deputy Solicitor, Frances Lynch, Scott Weidenfeller, United States Patent and Trademark Office, Alexandria, VA, Mark R. Freeman, Melissa N. Patterson, Attorneys, Nicolas Riley, Department of Justice, Appellate Staff, Civil Division, Washington, DC, for Intervenor

Jeremy Cooper Doerre, Esq., Pro Se

Eugene M. Gelernter, Irena Royzman, Jason Vitullo, Patterson Belknap Webb & Tyler LLP, New York, NY, Walter E. Hanley, Jr., Attorney, Ksenia Takhistova, Andrews Kurth Kenyon LLP, New York, NY, Robert M. Isackson, Attorney, Venable LLP, New York, NY, Robert J. Rando, The Rando Law Firm P.C., Syosset, NY, for Amicus Curiae New York Intellectual Property Law Association

Doreen Yatko Trujillo, Counsel, Saul Ewing LLP, Wayne, PA, Richard Alan Neifeld, Ph.D., Attorney, Neifeld IP Law, PC, Alexandria, VA, for Amicus Curiae Federal Circuit Bar Association

Kia Lynn Freeman, Attorney, Erik Paul Belt, Esq., Attorney, McCarter & English, LLP, Boston, MA, for Amicus Curiae Boston Patent Law Association

Saurabh Vishnubhakat, Texas A&M University, School of Law, Fort Worth, TX, for Amici Curiae Ann Bartow, Michael Risch, Grégory Dolin, Esq., Ted M. Sichelman, Christopher Michael Holman, Jay P. Kesan, Irina D. Manta, Adam Mossoff

Erika Arner, Daniel C. Tucker, Attorneys, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, Joshua Goldberg, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, Mark L. Whitaker, Esq., Trial Attorney, Morrison & Foerster LLP, Washington, DC, for Amicus Curiae American Intellectual Property Law Association

Kenneth J. Weatherwax, Esq., Nathan Nobu Lowenstein, Attorney, Jonathan H. Steinberg, Lowenstein & Weatherwax LLP, Los Angeles, CA, for Amicus Curiae Biotechnology Innovation Organization

Sean Daniel Jordan, Attorney, Jackson Walker LLP, Austin, TX, for Amicus Curiae Westerngeco LLC

Jeffrey A. Lamken, Lucas M. Walker, MoloLamken LLP, Washington, DC, for Amicus Curiae ELM 3DS Innovations, LLC

Gregory A. Castanias, Jones Day, Washington, DC, David B. Cochran, M.D., Jones Day, Cleveland, OH, Mark W. Lauroesch, Intellectual Property Owners Association, Washington, DC, John Marlott, Israel Sasha Mayergoyz, Jones Day, Chicago, IL, Steven W. Miller, Procter & Gamble Company, Cincinnati, OH, Kevin H. Rhodes,

3M Innovative Properties Company, St. Paul, MN, for Amicus Curiae Intellectual Property Owners Association

Stanley Joseph Panikowski, III, DLA Piper LLP (US), San Diego, CA, for Amici Curiae Oracle Corporation, Oracle OTC Subsidiary, LLC

Joseph Guerra, Esq., Sidley Austin LLP, Washington, DC, for Amicus Curiae Apple Inc.

Paul D. Clement, Kirkland & Ellis LLP, Washington, DC, for Amicus Curiae Intel Corporation

PER CURIAM.

### ORDER

The en banc oral argument in this case is scheduled for May 4, 2017 at 10:00 a.m. in courtroom 201. Each side will have 30 minutes for a total argument time of one hour. The parties shall notify the court by ECF by April 14, 2017 of the names of counsel who will present oral argument.